CHICAGO, ROCK ISLAND & PACIFIC RAILWAY COMPANY V. WEBSTER EATON, ADMINISTRATOR OF THE ESTATE OF JOHN R. MATHEWS, DECEASED.

FILED MARCH 7, 1900. No. 9,150.

Passengers on Railroad: PERSONAL INJURY: PRESUMPTION: STATUTE: LIABILITY OF CARRIER: LORD CAMPBELL'S ACT: STATUTES IN PARI MATERIA: FOURTEENTH AMENDMENT.

ERROR from the district court of Thayer county. Tried below before HASTINGS, J. *Affirmed.*

*W. F. Evans, L. W. Billingsley* and *R. J. Greene,* for plaintiff in error.

*Stewart & Munger, contra.*

NORVAL, C. J.

The facts and the questions of law in this case are identical with those in *Chicago, Rock Island & Pacific Railway Co. v. Zernecke, Administratrix,* 59 Nebr., 689, decided herewith. As the law applicable to the former case is also applicable in this, we do not deem it necessary to discuss it, and the judgment of the lower court is

AFFIRMED.